# EXHIBIT B

Case 4:21-cv-02723   Document 1-2   Filed on 08/20/21 in TXSD   Page 2 of 13

7/21/2021 4:31 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 55579703
By: Adiliani Solis
Filed: 7/21/2021 4:31 PM

CAUSE NO. _____

| | | |
|---|---|---|
| **ANISSA MEDINA** | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| | § | |
| **KROGER TEXAS, LP, DBA KROGER** | § | |
| **TEXAS LP, #34** | § | _____ JUDICIAL DISTRICT |
| *Defendants.* | § | |

# PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ANISSA MEDINA , "Plaintiff" herein, and files this, her Original Petition, complaining of and against K034 Kroger East/Houston(hereinafter referred to as "Defendants"), and would show unto the Court the following:

## I.
## Discovery Plan

Plaintiff intends to conduct discovery under Level 3 of Texas Rule of Civil Procedure 190.3.

## II.
## Parties

Plaintiff ANISSA MEDINA is a resident of Harris County, Texas.

Defendant **KROGER TEXAS, LP, D/B/A KROGER TEXAS LP, #34** is a foreign limited partnership conducting business in Harris County, Texas, and may be served with process by serving its registered agent, Corporation Services Company D/B/A CSC-Lawyers Inco, located at 211 East 7th Street, Suite 620, Austin Texas 78701.

## III.
## Venue

Venue is proper in Harris County, Texas, because Defendant conducts business in Harris County, Texas.

## IV.
## Jurisdiction

The Court has jurisdiction over this action, because the damages sought by Plaintiff are well in excess of the minimum jurisdictional limits of this Court.

## V.
## Facts

On or about November 11, 2020, Plaintiff was shopping at Kroger Store (hereinafter, "Defendant") located 2301 Rayford Rd, Spring, TX 77386. As Plaintiff entered the checkout lane she tripped over an absorbent sock. Plaintiff to fell to the ground and received several injuries. Defendant was aware of the dangerous conditions of the premises prior to Plaintiff's injuries.

## VI.
## Causes of Action

Defendant is liable to Plaintiff for the following acts and omissions:

A.     **Negligence – Premises Liability to an Invitee**

Defendant was the owner, manager, and controller of the premises located at 2301 Rayford Rd, Spring, TX 77386 where Plaintiff was injured, at the time of her fall. Plaintiff entered Defendant's premises in response to Defendant's invitation and for their mutual benefit. Accordingly, Plaintiff was an invitee on Defendant's premises. The conditions of the premises posed an unreasonable risk of harm. Defendant knew or reasonably should have known the danger posed by the condition of the absorbent sock which caused Plaintiff's injuries. Defendant had a duty to use ordinary care to ensure

that the premises did not present a danger to Plaintiff.  This duty includes the duty to inspect and the duty to warn or to cure.  Defendant breached its duty of ordinary care by failing to warn Plaintiff of the dangers present and / or make said conditions safe.  Defendant's breaches of its duties proximately caused Plaintiff to fall, resulting in severe and debilitating injuries.

### B.     Gross Negligence

Defendant's acts and/or omissions constitute gross negligence and/or malice, upon which Plaintiff seeks relief.  Each of the foregoing acts of negligence and gross negligence committed by Defendant was a failure to exercise ordinary care, and in commission of these acts and/or omissions Defendant was subjectively aware of the actual and extreme risk of harm created by its conduct, yet committed the acts and omissions with conscious indifference to these dangers. Thus, each such act was a proximate cause of the injuries and damages suffered by Plaintiff.  Each act constitutes gross negligence on the part of Defendant, entitling Plaintiff to exemplary damages for which she now sues.

Plaintiff is entitled to recover punitive damages in accordance with §41.000, et. seq., of the Texas Civil Practice & Remedies Code. Defendant either: (1) acted with intent or knowledge of its breaches in the standard of care so as to inflict substantial injury to Plaintiff; or (2) Defendant's conduct, when viewed objectively from the standpoint of Defendant at the time it occurred, involved an extreme degree of risk, considering the probability and magnitude of the potential harm to the Plaintiff, and Defendant proceeded with conscious indifference to the rights of Plaintiff.  Defendant's acts were committed intentionally, recklessly, knowingly, and/or with malice.

## VII.
## Damages

As a result of the incident in question, Plaintiff has incurred personal injuries, mental anguish, physical pain and suffering, and physical impairment. Furthermore, Plaintiff will, in all reasonable likelihood, continue in the future to incur damages for mental anguish, physical pain and suffering, medical expenses, and physical impairment. Plaintiff seeks all legally recoverable damages, actual and special under Texas law, including costs of court, exemplary damages, and pre-judgment and post-judgment interest, if any. Plaintiff seeks monetary relief of over $1,000,000 and all other relief to which the Court may deem Plaintiff to be entitled. Plaintiff reserves the right to amend and state further with respect to damages herein.

## VIII.
## Jury Demand

Plaintiff demands a trial by Jury and has tendered the appropriate fee with this Original Petition and Request for Disclosure.

## IX.
## Prayer

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendant be cited to appear and answer herein, that upon the trial of this case, Plaintiff has judgment against the Defendant for all actual and special damages, exemplary damages, legally recoverable pre-judgment and post-judgment interest, all costs of court, and any other further relief to which Plaintiff may show herself justly entitled.

Respectfully submitted,

**HOLLADAY LAW FIRM**

 /s/ R. Jason Holladay

R. JASON HOLLADAY
Texas State Bar No. 24050774
8777 W. Rayford Rd. Suite 104
Spring, Texas 77389
Telephone: (281) 978-2141
Facsimile: (281) 978-2142
Email: jason@holladaylaw.com

**ATTORNEY FOR PLAINTIFF**

Case 4:21-cv-02723 Document 1-2 Filed on 08/20/21 in TXSD Page 7 of 13

8/11/2021 10:22 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 56198234
By: Iliana Perez
Filed: 8/11/2021 10:22 AM

NO. 2021-44185

| | | |
|---|---|---|
| ANISSA MEDINA, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | HARRIS COUNTY, T E X A S |
| | § | |
| KROGER TEXAS L.P. D/B/A | § | |
| KROGER TEXAS L.P. NO. 34, | § | |
| | § | |
| Defendant. | § | 215th JUDICIAL DISTRICT |

# DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Kroger Texas L.P. d/b/a Kroger Texas L.P. 34, Defendant in the above entitled and numbered cause, and in answer to the Plaintiff's pleadings on file herein, would respectfully show unto the Court as follows:

## A.
## GENERAL DENIAL

1.  Defendant asserts a general denial as is authorized by Rule 92 of the Texas Rules of Civil Procedure, and respectfully request that Plaintiff be required to prove the charges and allegations against this Defendant by the evidence as is required by the laws of the State of Texas.

## B.
## CREDIT / OFFSET

2.  In the unlikely event that Defendant is found liable to Plaintiff, Defendant affirmatively pleads that it is entitled to a dollar-for-dollar credit/offset for any and all

sums Plaintiff has received or may hereafter receive by way of any and all payments or settlements of any claims, causes of action, or potential causes of action arising out of the incident made the basis of this lawsuit. This written election is being made pursuant to §33.012(b)(1) of the Texas Civil Practice & Remedies Code.

## C.
## RIGHT TO SUPPLEMENT

3.      Defendant respectfully reserves the right at this time to amend this Original Answer to the Plaintiff's allegations after said Defendant has had the opportunity to investigate more closely these claims, as is the right and privilege of said Defendant under the Rules of Civil Procedure and the laws of the State of Texas.

## D.
## DISCOVERY DOCUMENTS

4.      By way of further Answer, Defendant hereby gives actual notice to the Plaintiff, that any and all documents produced during discovery may be used against the party Plaintiff, if any, at any pre-trial proceeding and/or trial of this matter without the necessity of authenticating the document. This notice is given pursuant to Rule 193.7 of the Texas Rules of Civil Procedure.

## E.
## PAID OR INCURRED

5.      Defendant invokes §41.0105 of the Texas Civil Practice and Remedies Code and requests that, to the extent Plaintiff seeks recovery of medical or healthcare expenses, the evidence to prove such loss be limited to the amount actually paid by or on behalf of the Plaintiff, as opposed to the amount charged.

## F.
## NET LOSS REDUCTION

6. Defendant also invokes §18.091 of the Texas Civil Practice and Remedies Code and requests that, to the extent that Plaintiff seeks recovery for loss of earnings, loss of earning capacity, loss of contributions of a pecuniary value, or a loss of inheritance, that the evidence to prove such loss must be present in the form of a net loss after reduction for income tax payments or unpaid tax liability. Defendant further requests that the Court instruct the jury as to whether any recovery for compensatory damages sought by Plaintiff is subject to federal income taxes.

## G.
## CONTRIBUTORY NEGLIGENCE

7. Defendant contends that the Plaintiff failed to keep a proper lookout and this failure contributed to the Plaintiff's accident. The Plaintiff was well aware of the open and obvious condition. Thus, Defendant contends that the conduct on the part of the Plaintiff was the sole cause or a contributory factor in bringing about the Plaintiff's alleged injuries.

## H.
## NO DUTY

8. The Plaintiff was well aware of the open and obvious condition. Thus, Defendant had no duty to warn of the condition.

## I.
## JURY DEMAND

9. Defendant herein demands a trial by jury on all contested fact issues. On this date, a jury fee has been paid.

WHEREFORE, PREMISES CONSIDERED, the above-named Defendant, Kroger Texas L.P. d/b/a Kroger Texas L.P. 34, having fully answered herein, prays that Plaintiff take nothing by reason of this suit, and that Defendant be discharged. Defendant prays further that all court costs expended or incurred in this cause be assessed and taxed against Plaintiff, and for all such other and further relief, both general and special, at law and in equity, to which Defendant may show itself justly entitled.

Respectfully submitted,

GERMER, PLLC

By: _____
TROY A. WILLIAMS
State Bar No. 00788678
VALERIE LY
State Bar No. 24053692
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas  77019
Telephone: (713) 650-1313
Facsimile: (713) 739-7420
E-Mail: twilliams@germer.com
E-Mail: vly@germer.com

ATTORNEYS FOR DEFENDANT
KROGER TEXAS L.P. D/B/A
KROGER TEXAS L.P. 34

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing instrument has been duly served on the following counsel through the Court's e-service on this the 11th day of August, 2021:

>*jason@holladaylaw.com*
>R. Jason Holladay
>Holladay Law Firm
>8777 W. Rayford Road, Suite 104
>Spring, Texas 77389
>*Attorney for Plaintiff*

TROY A. WILLIAMS

NO. 2021-44185

| | | |
|---|---|---|
| ANISSA MEDINA, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | HARRIS COUNTY, T E X A S |
| | § | |
| KROGER TEXAS L.P. D/B/A | § | |
| KROGER TEXAS L.P. NO. 34, | § | |
| | § | |
| Defendant. | § | 215th  JUDICIAL  DISTRICT |

# RULE 216 REQUEST FOR JURY TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

In accordance with the provisions of Rule 216 of the Texas Rules of Civil Procedure, Defendant, Kroger Texas L.P. d/b/a Kroger Texas L.P. No. 34, requests that when this case proceeds to trial it be placed on the Court's jury trial docket.

Respectfully submitted,

GERMER, PLLC

By: _____
TROY A. WILLIAMS
State Bar No. 00788678
VALERIE LY
State Bar No. 24053692
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas  77019
Telephone: (713) 650-1313
Facsimile: (713) 739-7420
E-Mail: twilliams@germer.com
E-Mail: vly@germer.com

ATTORNEYS FOR DEFENDANT
KROGER TEXAS L.P. D/B/A
KROGER TEXAS L.P. 34

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing instrument has been duly served on the following counsel through the Court's e-service on this the 11th day of August, 2021:

    [jason@holladaylaw.com](mailto:jason@holladaylaw.com)
    R. Jason Holladay
    Holladay Law Firm
    8777 W. Rayford Road, Suite 104
    Spring, Texas  77389
    *Attorney for Plaintiff*

                                                      TROY A. WILLIAMS